IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:11-cv- 432

| | |
|---|---|
| **EDWARD BARTOSZEWSKI** )<br>      Plaintiff, )<br>                                                  )<br>v.                                            )<br>                                                  )      **VOLUNTARY DISMISSAL**<br>                                                  )           **WITH PREJUDICE**<br>**TUCKER ALBIN &** )<br>**ASSOCIATES, INCORPORATED** )<br>      Defendant. ) | |

The Plaintiff, Edward Bartoszewski, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, does hereby take a voluntary dismissal *with prejudice* of the above-entitled action as to the Defendant, Tucker Albin & Associates, Incorporated.

This the 7th day of October, 2011.

                                        MAGINNIS LAW, PLLC

                                        BY: _/s/Edward H. Maginnis
                                        Edward H. Maginnis
                                        N.C. State Bar No. 39317
                                        19 W. Hargett Street, Suite 906
                                        Raleigh, North Carolina 27601
                                        Telephone:  919-526-0450
                                        Fax:  919-882-8763
                                        emaginnis@maginnislaw.com
                                        *Attorney for Plaintiff Edward Bartoszewski*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 7th, 2011 I caused a true and correct copy of the foregoing Plaintiff's Voluntary Dismissal With Prejudice to be served upon the following parties by first class mail, postage prepaid:

Tucker Albin & Associates, Incorporated
ATTN: Legal Department
1702 N. Collins Blvd., Suite 204
Richardson, Texas 75080

BY: /s/Edward H. Maginnis
Edward H. Maginnis